**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6449**
_____

MARCUS LE'SHAWN DIXON,

> Petitioner - Appellant,

v.

DIRECTOR OF DEPARTMENT OF CORRECTIONS,

> Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:21-cv-00114-HEH-EWH)

_____

Submitted:  September 22, 2022                  Decided:  September 27, 2022

_____

Before WILKINSON, DIAZ, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Le'Shawn Dixon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Le'Shawn Dixon appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the court's prior judgment dismissing his 28 U.S.C. § 2254 petition as successive and unauthorized. As Dixon's Rule 60(b) motion sought to challenge the court's order on the merits, it was an unauthorized successive § 2254 petition[*] and the district court thus correctly denied it as the court lacked jurisdiction because Dixon failed to obtain prefiling authorization from this court. *See* 28 U.S.C. § 2244(b)(3)(A); *McRae*, 793 F.3d at 397-400. Accordingly, we affirm the district court's order.

Consistent with our decision in *United States v. Winestock*, 340 F.3d 200, 208 (4th Cir. 2003), we construe Dixon's notice of appeal and informal brief as an application to file a second or successive § 2254 petition. Upon review, we conclude that Dixon's claims do not meet the relevant standard. *See* 28 U.S.C § 2244(b)(2). We therefore deny authorization to file a successive § 2254 petition.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] A certificate of appealability is not required to appeal a district court's denial of a Rule 60(b) motion which is in substance an unauthorized, successive habeas petition. *United States v. McRae*, 793 F.3d 392, 400 (4th Cir. 2015).